MARIE J. MASTERSON, Appellant, v. NATHANIEL N. BECKER, Respondent.— Order and judgment reversed on the law, with ten dollars costs and disbursements, and defendant's motion for summary judgment denied, with ten dollars costs. In our opinion the case presents triable issues of fact. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur

CHARLES NIEMANN, Appellant, v. WILLIAM SPIWAK and POSWIL REALTY CORPORATION, Respondents, and SOPHIE SPIWAK, Defendant.— Order dated January 26, 1937, modified by striking out all the items mentioned in the first ordering paragraph except the item designated " Motion to dismiss appeal; order signed May 10, 1935 20.00;" by striking out the words " One hundred seventy-one and 80/100 ($171.80) dollars," and inserting in place thereof the words " Twenty ($20.00) dollars;" and by striking out the second ordering paragraph. As so modified the order is affirmed, with ten dollars costs and disbursements to appellant. Order dated January 12, 1937, affirmed, without costs. The language of the decision of this court [248 App. Div. 753] in reversing the judgment in favor of the defendants and granting judgment in favor of the plaintiff was clear and specific. Costs to the appellant in this court and in Special Term were decreed, and the judgment should so provide. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

AMELIA O'DONNELL and WILLIAM O'DONNELL, Respondents, v. MIKE'S MEAT MARKET, INC., Appellant.— In an action brought by the plaintiff wife in the City Court of Yonkers to recover for personal injuries caused by slipping upon a piece of suet on the floor of a market conducted by defendant, and by her husband to recover for expenses and loss of services, judgment in favor of plaintiffs unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.

PENLOPE REALTY CO., INC., Appellant, v. VICTOR SALZI, DONATO CARBONE and JOHN MARQUARDT, Respondents.— In an action to recover an alleged balance due for broker's commission upon an exchange of real properties, judgment dismissing complaint, entered upon a nonsuit directed by the court at the close of plaintiff's proof, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.